UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FREDERICK BOMBER, <br><br> Defendant. | NO. CR-13-0187-TSZ-2 <br><br> Order to Seal |

Having read the Defendant's Motion to Seal Attachment, docket no. 135, and because of the sensitive information contained in the Attachment,

It is hereby ORDERED that the Defendant's Attachment to Disposition Memorandum, docket no. 136, shall remain sealed.

DATED this 5th day of March, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Order to Seal

**Edmond Law, PLLC**
**2615 11th Avenue W**
**Seattle, WA 98119**
**(206) 428-7734**
**(888) 842-3803 (fax)**