UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAMAAL BOMBER, Defendant. | CR13-187 TSZ<br>ORDER |

Defendant Jamaal Bomber's motion for early termination of supervised release, docket no. 173, is DENIED. For the reasons stated in the government's response, docket no. 174, and the Probation Officer's memorandum dated September 23, 2026, docket no. 175, the Court is not persuaded that early termination of supervised release is "warranted by the conduct of the defendant" and "the interest of justice." *See* 18 U.S.C. § 3583(e)(1). The Clerk is directed to send a copy of this Order to all counsel of record and to the Probation Officer.

IT IS SO ORDERED.

Dated this 27th day of October, 2026.

Thomas S. Zilly
United States District Judge